# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CRUZ MORALES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | Case No. 1:25-cv-01749-JLT-EPG-HC<br><br>ORDER DIRECTING PETITIONER TO FILE SWORN DECLARATION THAT CONTENTS OF PETITION ARE TRUE AND CORRECT |

　　　Petitioner Luis Cruz Morales is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　Rule 2 of the Rules Governing Section 2254 Cases states that the habeas petition must "be signed under penalty of perjury by the petitioner." Rule 2(c)(5), Rules Governing Section 2254 Cases in the United States District Courts, 28 U.S.C. foll. § 2254.[1] Petitioner did not sign the petition under penalty of perjury, (ECF No. 1 at 9[2]), but the Court will grant Petitioner an opportunity to correct this oversight by filing a declaration under penalty of perjury that the contents of the petition are true and correct.

///

///

---

[1] The Rules Governing Section 2254 Cases may apply to § 2241 habeas petitions. See Rule 1(b) of the Rules Governing Section 2254 Cases.

[2] Page numbers refer to the ECF pagination at the top of the page.

1

Accordingly, the Court HEREBY ORDERS that within **THIRTY (30) days** from the date of service of this order, Petitioner SHALL FILE a declaration under penalty of perjury that the contents of the petition are true and correct.

Petitioner is forewarned that failure to follow this order may result in a recommendation for dismissal of the petition pursuant to Federal Rule of Civil Procedure 41(b) (a petitioner's failure to prosecute or to comply with a court order may result in a dismissal of the action).

IT IS SO ORDERED.

Dated:  **December 22, 2025**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2