IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CRUZ MORALES,<br><br>                    Petitioner,<br><br>v.<br><br>WARDEN, FCI-MENDOTA,<br><br>                    Respondent. | CASE NO. 1:25-CV-01749-KES-EPG (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 13) |

Respondent's motion for an extension of time to respond to Petitioner's 28 U.S.C. § 2241 petition (ECF No. 13) is GRANTED. Respondent is granted to and including April 15, 2026 to file a response to the petition.

IT IS SO ORDERED.

Dated:    **March 24, 2026**            /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE